PROB 12C
(6/16)

Report Date: November 13, 2025

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2025

SEAN F. McAVOY, CLERK

ECF No. 103

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesse D. Coughlin    Case Number: 0980 2:14CR00163-MKD-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓ Cheney, Washington 99004

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza Jr, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: September 22, 2015

Original Offense: Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) & (b)(1)(C)

Original Sentence: Prison - 120 months    Type of Supervision: Supervised Release
TSR - 36 months

Asst. U.S. Attorney: U.S. Attorney's Office    Date Supervision Commenced: November 18, 2022

Defense Attorney: Federal Defender's Office    Date Supervision Expires: November 17, 2025

## PETITIONING THE COURT

To issue a summons

On November 21, 2022, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Coughlin as outlined in the judgment and sentence. Mr. Coughlin acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Coughlin allegedly violated the above-stated condition on November 6, 2025. On this date, Mr. Coughlin was charged by the Coeur d' Alene Police Department (CPD) for: petit theft pursuant to CPD incident report 25C51595.<br><br>According to CPD incident report 25C51595, on November 6, 2025, Jesse Coughlin concealed merchandise in his pockets while shopping in a grocery store. He walked past all points of sale without paying for the items and was contacted by loss prevention outside of the store. Jesse was cited and released for petit theft pursuant to CPD incident report 25C51595. |
| 2 | **Standard Condition #11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |

Prob12C
Re: Coughlin, Jesse D.
November 13, 2025
Page 2

**Supporting Evidence**: Mr. Coughlin allegedly violated the above-stated condition of supervision by failing to notify the undersigned of his contact with CPD on November 6, 2025.

According to the CPD incident report 25C51595, on November 6, 2025, Mr. Coughlin was contacted by a local law enforcement officer who responded to a call for service regarding theft. Mr. Coughlin was questioned by CPD officers who cited and released him following their investigation. Mr. Coughlin failed to report this law enforcement contact to the undersigned officer.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/13/2025

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer

November 17, 2025
Date